## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

04 JUL 26 AM 8: 24

N.D. OF ALABAMA

AHMED MOHAMED JAMA,     )
     )
     Petitioner,     )
     )
v.     )     CIVIL ACTION NO. 04-AR-1060-M
     )
TOM RIDGE, et al.,     )
     )
     Respondents.     )

**ENTERED**
JUL 26 2004

### MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice. An appropriate order will be entered.

**DONE**, this _26ᵗʰ_ day of July, 2004.

_____
WILLIAM M. ACKER, JR.
SENIOR UNITED STATES DISTRICT JUDGE

